IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MARIO CHAVEZ,

    Petitioner,

v.                                    No. 1:19-cv-01151-KWR-LF

VINCENT HORTON, WARDEN, and
ATTORNEY GENERAL OF THE STATE OF
NEW MEXICO,

    Respondents.

## FINAL JUDGMENT

In accordance with Federal Rule of Civil Procedure 58 and the Memorandum Opinion and Order Overruling Objections and Adopting Magistrate Judge's Proposed Findings and Recommended Disposition (**Doc. 44**) entered **March 15, 2023**, final judgment is entered in favor of Respondents and against Petitioner Mario Chavez.

    **IT IS THEREFORE ORDERED** that:

1. Mr. Chavez' Petition and Supplemental Petition under 28 U.S.C. § 2254 for a Writ of Habeas Corpus (Docs. 1, 22) are **DENIED** and **DISMISSED WITH PREJUDICE.**

2. A certificate of appealability is **DENIED.**

**IT IS SO ORDERED.**

                                                **KEA W. RIGGS**
                                                **UNITED STATES DISTRICT JUDGE**